# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>BENJAMIN BUSTAMANTE,<br><br>**Defendant and Judgment Debtor**<br><br>THE SF LGBT CENTER,<br><br>**Garnishee** | CASE NO. 1:17-mc-0047 AWI EPG<br><br>**ORDER FOR INTRADISTRICT TRANSFER TO SACRAMENTO DIVISION** |

This matter is an application for a writ of garnishment.

On April 30, 2010, Defendant Benjamin Bustamante pled guilty pursuant to a plea agreement to wire fraud (18 U.S.C. § 1343). As part of that sentence, Bustamante was ordered to pay nearly $700,000 in restitution. This sentence and restitution were ordered as part of a criminal case that was prosecuted in the Eastern District of California – Sacramento Division. See United States v. Bustamante, 2:09-CR-504 GEB (E.D. Cal. Sacramento Div.).

On July 5, 2017, the United State filed this application for a writ of garnishment that sought to garnish a portion of Bustamante wages from his current employer, The SF LGBT Center. The application was filed with the Eastern District of California – Fresno Division. According to the application, Bustamante and The SF LGBT Center are located in San Francisco.

On August 10, 2017, the Magistrate Judge issued a Findings and Recommendation to grant the writ of garnishment. The time for filing objections has passed and no objections were filed by any interested party.

Upon review, the Court finds that the application was not properly filed in the Fresno Division. The Fresno Division has absolutely no connection to the criminal conviction, the garnishment order, Bustamante's current location, or The SF LGBT Center. Because the garnishment order was entered as part of the criminal proceedings in the Sacramento Division, the United States should have filed the writ application with the Sacramento Division. The Fresno Division is not the proper venue.

Instead of addressing the Findings and Recommendation or the writ application any further, the Court will transfer this matter to the Sacramento Division of the Eastern District of California. See Local Rule 120(f) ("Whenever in any action the Court finds upon its own motion . . . that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District.").

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 120, this matter is TRANSFERRED forthwith to the Sacramento Division of the Eastern District of California; and
2. The Court expresses no opinions with respect to the Findings and Recommendation, which remains pending.

IT IS SO ORDERED.

Dated:   October 6, 2017                                                    _____
                                                                                           SENIOR DISTRICT JUDGE